**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Frank Estrada and Carman Estrada, husband and wife, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> City of San Luis, et al., <br><br> Defendants. | No. CV-07-1071-PHX-DGC (lead) <br> No. CV-08-0945-PHX-ROS <br><br><br> **ORDER** |

Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure and Rule 42.1(a)(1) of the Local Rules of Civil Procedure, Defendants City of San Luis, Rafael Torres, Juan Carlos Escamilla, and Gabriel Jimenez move the Court to consolidate the above captioned cases. Dkt. #86. These rules permit a district court to consolidate cases which, in the court's judgment, involve common questions of law or fact. *See* Fed. R. Civ. P. 42(a) ("When actions involving a common question of law or fact are pending before the court, . . . it may order all the actions consolidated."). The Court possesses "broad discretion" under Federal Rule 42(a) "to consolidate cases pending in the same district." *Investors Research Co. v. United States Dist. Ct. for Cent. Dist. of California*, 877 F.2d 777, 777 (9th Cir.1989).

Here, Plaintiffs have not objected to the motion. *See* Dkt. #86 at 2 ("Plaintiffs do not oppose consolidating these cases."). It is therefore undisputed that the two actions involve common legal and/or factual questions. The Court's review of the relevant complaints[1]

---

[1] Dkt. #6; Dkt. #1 (No. CV-08-0945-PHX-ROS).

1 confirms that common questions of fact are present, though the second complaint presents
2 different and fewer causes of action. The Court therefore concludes that consolidation of the
3 cases is appropriate, as doing so would be efficient and in the interest of justice and there is
4 no evidence of any inconvenience, delay, or expense that it would cause. *See Huene v.*
5 *United States*, 743 F.2d 703, 704 (9th Cir. 1984).

6 **IT IS ORDERED:**

7     1. The motion to consolidate (Dkt. #86) is **granted**.

8     2. The clerk is directed to transfer Case No. CV-08-0945-PHX-ROS to this Court
9         and consolidate it with Case No. CV-07-1071-PHX-DGC.

10 DATED this 7th day of July, 2008.

_____
David G. Campbell
United States District Judge

- 2 -